[No. 7160–2–I.   Division One.   January 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY
M. MELCHIN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3559, Harry A. Follman, J., entered November
20, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James, A.C.J., and Dore, J.

[No. 7195–5–I.   Division One.   January 7, 1980.]

*In the Matter of the Marriage of* KAREN K. FENTON,
*Respondent, and* JAMES W. FENTON,
*Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 145250, John E. Rutter, Jr., J.,
entered November 22, 1978. *Affirmed* by unpublished opin-
ion per Swanson, J., concurred in by James, A.C.J., and
Williams, J.

[No. 6740–1–I.   Division One.   January 7, 1980.]

EVERETT W. FENTON, *Plaintiff,* v. JAMES A. HOLMAN,
*Respondent,* LARRY T. HAWKES, *Defendant,*
GRETA S. CRESWELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 803793, Warren Chan, J., on entered June 7,
1978. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Callow, C.J., and Williams, J.